1048

[No. 17459-0-III. Division Three. October 23, 2001.]

THOMAS D. ROGERS, *as Trustee, Plaintiff*, PHIL MICHEL, ET AL., *Appellants*, v. DWAYNE MICHEL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-2-01010-1, Kenneth L. Jorgensen, J., entered March 25, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 18503-6-III. Division Three. October 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ROMERO GAMET, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01969-4, Robert N. Hackett, Jr., J., entered May 25, 1999. *Reversed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19213-0-III. Division Three. October 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S. BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00672-1, Salvatore F. Cozza, J., entered March 30, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.

[No. 19320-9-III. Division Three. October 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MANUEL RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-00210-1, C. James Lust, J., entered May 5, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.